1  Jeffrey I. Hasson
   Davenport & Hasson, LLP
2  Attorney at Law
   12707 NE Halsey St.
3  Portland, OR 97230
   Phone:  (503) 255-5352
4  Facsimile: (503) 255-6124
   E-Mail: hasson@dhlaw.biz
5  Washington State Bar No. 23741
   Attorney for P.S.C., Inc.
6

7

8

9                           UNITED STATES DISTRICT COURT

10                       FOR THE WESTERN DISTRICT OF WASHINGTON

11                                        AT TACOMA

12 | RACHEL OLIVAS,                          | Case No.:
13 |       Plaintiff,                        | NOTICE OF REMOVAL
14 |    vs.
15 | PUGET SOUND COLLECTIONS dba P.S.C.,
   | INC., a Washington Corporation,
16 |
   |       Defendant.
17

18         Please take notice that defendant P.S.C., Inc. dba Puget Sound Collections, incorrectly

19  named in the complaint as Puget Sound Collections dba P.S.C., Inc. (Puget) hereby removes this

20  action from the Superior Court in and for Pierce County, State of Washington to the United

21  States District Court for the Western District of Washington at Tacoma.

22         1.     Defendant is a party in a civil action brought against it in the Superior Court in

23  and for Pierce County, State of Washington entitled: "Rachel Olivas, Plaintiff, v. P.S.C., Inc., a

24  Washington Corporation, aka Puget Sound Collections, a Defendant, No. (unfiled)."  A copy of

25  the summons and complaint in that action are attached to this notice and constitute all process,

26  pleadings, and orders served on Puget in that action up to the present date.

NOTICE OF REMOVAL -- 1
Case No.

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1   2. The state court action was commenced when Plaintiff delivered the Complaint to Defendant's representative on November 12, 2014.  A copy of the summons and complaint received by Puget on November 12, 2014 is attached hereto.  Defendants have filed no pleadings in this cause.  This notice of removal is filed within 30 days after service of process on Puget.

3.   This is an action of civil nature over which this court has original jurisdiction pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq.,

4.   This notice is signed pursuant to FRCP 11.

Dated:  December 11, 2014.

s/ Jeffrey I. Hasson<br>
Jeffrey I. Hasson, WSBA#23741<br>
Davenport & Hasson, LLP<br>
Phone:  (503) 255-5352<br>
Attorney for Puget

NOTICE OF REMOVAL -- 2
Case No.

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1 Certificate of Service

2   I hereby certify that on <u>December 11, 2014</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the
3 following: <u>Robert Mitchell</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

4

5 <u>s/ Jeffrey I. Hasson</u>
Jeffrey I. Hasson, WSBA#23741
6 Attorney for Puget
Davenport & Hasson, LLP
7 12707 NE Halsey St.
Portland, OR 97230
8 Phone: (503) 255-5352
Facsimile: (503) 255-6124
9 E-Mail: hasson@dhlaw.biz

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL -- 3
Case No.

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124