```
1  Robert Mitchell (WSBN 37444)
2  Attorney at Law, PLLC
   1020 N. Washington
3  Spokane, WA  99201
4  Telephone:  509-327-2224
   Facsimile:    888-840-6003
5  Email:          bobmitchellaw@yahoo.com
6  Attorney for Plaintiff, RACHEL OLIVAS
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RACHEL OLIVAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PUGET SOUND COLLECTIONS dba P.S.C., INC., a Washington Corporation,<br><br>　　　　　Defendant. | NO.  3:14-CV-05975-BHS<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I.     MOTION AND STIPULATION

Plaintiff, RACHEL OLIVAS, by and through her attorney of record, Robert Mitchell, and Defendant, PUGET SOUND COLLECTIONS dba P.S.C., INC., by and through its attorney, Jeffrey Hasson, hereby stipulate and move the Court for an ORDER OF DISIMISSAL WITH PREJUDICE, and stipulate as follows:

1. Plaintiff and Defendant have fully settled all claims between them;

2. In consideration of such settlement, Plaintiff is dismissing all claims with prejudice and without costs to either party;

Presented by:

PLAINTIFF'S COUNSEL

S/ Robert Mitchell
―――――――――――――――――――
ROBERT W. MITCHELL, WSBA No. 37444
1020 N. Washington
Spokane, WA  99201
Telephone:  509-327-2224
Fax:             888-840-6003
Email:          bobmitchellaw@yahoo.com

Notice of Present Waived by:

DEFENDANT'S COUNSEL

S/Jeffrey I. Hasson
―――――――――――――――――――
JEFFREY I. HASSON, WSBA No. 23741
Davenport & Hasson, LLP
Attorney at Law
12707 NE Halsey Street
Portland, OR  97230
Telephone:  503-255-5352
Fax:             503-255-6124
Email:          hasson@dhlaw.biz

*Attorney for Defendant, P.S.C., Inc.*

# **ORDER**

Having reviewed the parties' stipulated motion, and having reviewed the Court file, it is HEREBY ORDERED ADJUDGED AND DECREED that:

Plaintiff's claims against Defendant are dismissed with prejudice and without an award of costs or fees to either party.

DATED this \_\_\_\_ day of February, 2015.

Ordered by:

_____
HONORABLE JUDGE BENJAMIN H. SETTLE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on February 13, 2015. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system:

Davenport & Hasson, LLP
Attorneys at Law
12707 NE Halsey Street
Portland, OR 97230

Dated this 13<u>th</u> day of February, 2015.

Respectfully submitted,

S/ Robert Mitchell
_____
ROBERT MITCHELL (WSBN 37444)
ATTORNEY AT LAW, PLLC
1020 N. Washington
Spokane, Washington 99201
Telephone:  (509) 327-2224
Facsimile:  (888) 840-6003
E-mail:      bobmitchellaw@yahoo.com

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE    4    ROBERT W. MITCHELL
1020 N. Washington
Spokane, WA  99201
(509) 327-2224